B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>T & K Nationwide Trucking, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>56-2469776 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>2611 East Cass Street<br>Joliet, IL<br>ZIP Code 60432 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Will | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization) (Check one box)<br><br>☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | Nature of Business<br>(Check one box)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box)<br><br>■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
|---|---|---|

| Chapter 15 Debtors<br><br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."    ■ Debts are primarily<br>business debts. |
|---|---|---|

| Filing Fee (Check one box)<br><br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Chapter 11 Debtors<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br><br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information<br>■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)                                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | T & K Nationwide Trucking, Inc. |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   - None - | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>T & K Logistics of Illinois, Inc. | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                           Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | T & K Nationwide Trucking, Inc. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  /s/ Bruce C. Scalambrino
_____
Signature of Attorney for Debtor(s)

Bruce C. Scalambrino ARDC 06193809
_____
Printed Name of Attorney for Debtor(s)

Scalambrino & Arnoff, LLP
_____
Firm Name

One North LaSalle Street
Suite 1600
Chicago, IL 60602
_____
Address

Email: bcs@sacounsel.com
312-629-0545  Fax: 312-629-0550
_____
Telephone Number

November 1, 2013
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Michelle Haljean
_____
Signature of Authorized Individual

Michelle Haljean
_____
Printed Name of Authorized Individual

President
_____
Title of Authorized Individual

November 1, 2013
_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re     T & K Nationwide Trucking, Inc.                     ,     Case No. _____

                         Debtor

Chapter _____ 7 _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 32,242.20 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 603,357.67 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 17.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 35 | | 496,252.31 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 44 | | | |
| Total Assets | | | 32,242.20 | | |
| Total Liabilities | | | | 1,099,626.98 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court

## Northern District of Illinois

In re    T & K Nationwide Trucking, Inc.                                    ,        Case No. _____

                                                    Debtor

                                                            Chapter_____7_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re   T & K Nationwide Trucking, Inc.                                   ,        Case No. _____
                                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| None | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | 0.00 | (Total of this page) |
| | Total > | 0.00 | |
| | (Report also on Summary of Schedules) | | |

 0   continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                           Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    T & K Nationwide Trucking, Inc. _____ ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | BMO Harris Bank N.A. Checking Account No. 6937 | - | 0.00 |
| | | JP Morgan Chase Bank, N.A. Checking Account No. 9788 | - | 0.00 |
| | | BMO Harris Bank N.A. Checking Account No. 8298 | - | 76.65 |
| | | BMO Harris Bank N.A. Checking Account No. 0610 | - | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Sub-Total >    76.65
(Total of this page)

  2   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re     T & K Nationwide Trucking, Inc.                                    ,     Case No. _____
                                         Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Accounts Receivable (See attachment) | - | 32,165.55 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >     32,165.55
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    T & K Nationwide Trucking, Inc.                                    ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >        0.00
(Total of this page)

Total >        32,242.20

Sheet  _2_  of  _2_  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re    T & K Nationwide Trucking, Inc.                                    Case No. _____
                                                          ,
                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 4724<br><br>BMO Harris Bank N.A.<br>BLST - P.O. Box 2880<br>Chicago, IL 60690 | X | - | Prior to petition date<br><br>All of the debtor's assets<br><br><br>Value $                    0.00 | | | | 485,332.67 | 485,332.67 |
| Account No.<br><br>Rapid Advance<br>7316 Wisconsin Avenue<br>Suite 350<br>Bethesda, MD 20814 | X | - | February, 2013<br><br>All of the debtor's assets<br><br><br>Value $                    0.00 | | | | 118,025.00 | 118,025.00 |
| Account No.<br><br><br><br><br> | | | <br><br><br><br>Value $ | | | | | |
| Account No.<br><br><br><br><br> | | | <br><br><br><br>Value $ | | | | | |

|  |  |  |
|---|---|---|
| _0_ continuation sheets attached | Subtotal<br>(Total of this page) | 603,357.67 | 603,357.67 |
| | Total<br>(Report on Summary of Schedules) | 603,357.67 | 603,357.67 |

B6E (Official Form 6E) (4/13)

In re     T & K Nationwide Trucking, Inc. _____ ,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

     A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

     The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

     Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

     Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

     Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

     Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

     Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

     Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

     Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

     Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

     Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

     Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

     Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

     Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

         _1_    continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re     T & K Nationwide Trucking, Inc. _____ ,     Case No. _____
                              **Debtor**

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Illinois Department of Revenue <br> Bankruptcy Section <br> Level 7-425 100 West Randolph <br> Chicago, IL 60606 | - | | | | | | Unknown | | Unknown |
| Account No. <br><br> Illinois Dept. of Employment Securi <br> Bankruptcy Unit <br> 3rd Floor 401 South State Street <br> Chicago, IL 60605 | - | | | | | | Unknown | | Unknown |
| Account No. <br><br> Internal Revenue Service <br> 230 South Dearborn St. <br> Mail Stop 5010 CHI <br> Chicago, IL 60604 | - | | | | | | Unknown | | Unknown |
| Account No. 07-1169 <br><br> Kansas Department of Revenue <br> Division of Property Valuation <br> 915 SW Harrison Street <br> Topeka, KS 66612-1585 | - | | 2013 <br><br> Trade debt - Kansas Motor Carrier Property Tax | | | | 17.00 | 17.00 | 0.00 |
| Account No. <br><br> | | | | | | | | | |

Sheet _1_ of _1_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | Subtotal <br> (Total of this page) | 17.00 | 17.00 | 0.00 |
|---|---|---|---|---|---|
| | | Total <br> (Report on Summary of Schedules) | 17.00 | 17.00 | 0.00 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07)

In re   T & K Nationwide Trucking, Inc.                                              ,   Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| **Account No.** | | | | | Prior to petition date Trade debt | | | | |
| A Plus Expediting & Logistics P.O. Box 570 Dayton, OH 45404 | - | | | | | | | | 3,493.00 |
| **Account No.** | | | | | Prior to petition date Trade debt | | | | |
| A&L Global Enterprises P.O. Box 801 Round Lake, IL 60073 | - | | | | | | | | 600.00 |
| **Account No.** | | | | | Prior to petition date Trade debt | | | | |
| A-Pass P.O. Box 1480 Station A Windsor Ontario N9A 6R6 | - | | | | | | | | 4.75 |
| **Account No.** | | | | | Prior to petition date Trade debt | | | | |
| A. Blair Enterprises Inc. P.O. Box 598 Prospect, KY 40059 | - | | | | | | | | 3,475.00 |

__34__  continuation sheets attached

Subtotal
(Total of this page)                                                                    7,572.75

B6F (Official Form 6F) (12/07) - Cont.

In re    T & K Nationwide Trucking, Inc. _____,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Prior to petition date Trade debt | | | | |
| A7 Transport 4612 Castleford Lane Columbus, OH 43228 | - | | | | | | 1,292.00 |
| Account No. | | | Prior to petition date Trade debt | | | | |
| AAA Communications 19420 Hunter Trail Mokena, IL 60448 | - | | | | | | 4,122.43 |
| Account No. | | | Prior to petition date Trade debt | | | | |
| ADT Security Services P.O. Box 650485 Dallas, TX 75265-0485 | - | | | | | | 42.00 |
| Account No. | | | Prior to petition date Trade debt | | | | |
| Advance Business Capital P.O. Box 610028 Dallas, TX 75261-0028 | - | | | | | | 475.00 |
| Account No. | | | Prior to petition date Trade debt | | | | |
| Affiliated Computer Services P.O. Box 201322 Dallas, TX 75320-1322 | - | | | | | | 152.86 |

Sheet no. __1__ of __34__ sheets attached to Schedule of    Subtotal    6,084.29
Creditors Holding Unsecured Nonpriority Claims    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    T & K Nationwide Trucking, Inc.    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Prior to petition date Trade debt | | | | |
| AGK Express, Inc. P.O. Box 662 Elk Grove Village, IL 60009-0662 | - | | | | | | | |
| | | | | | | | | 1,275.00 |
| Account No. | | | | Prior to petition date Trade debt | | | | |
| Alex Trucking LLC 27168 Sinkhole Road Sedalia, MO 65301 | - | | | | | | | |
| | | | | | | | | 1,620.00 |
| Account No. | | | | Prior to petition date Trade debt | | | | |
| ALK Technologies, Inc. 1000 Herrontown Road Princeton, NJ 08540 | - | | | | | | | |
| | | | | | | | | 1,736.13 |
| Account No. | | | | Prior to petition date Trade debt | | | | |
| Alliance Express, LLC 11494 Nora Drive Fenton, MI 48430 | - | | | | | | | |
| | | | | | | | | 925.00 |
| Account No. | | | | Prior to petition date Trade debt | | | | |
| Ally Payment Processing Center P.O. Box 9001951 Louisville, KY 40290-1951 | - | | | | | | | |
| | | | | | | | | 3,679.92 |

| Sheet no. _2__ of _34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 9,236.05 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    T & K Nationwide Trucking, Inc. _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.

Alphera Financial Services
P.O. Box 9001065
Louisville, KY 40290-1065 | - | | | Prior to petition date
Trade debt | | | | 1,383.15 |
| Account No. 1008

American Express
Box 0001
Los Angeles, CA 90096-8000 | - | | | Prior to petition date
Trade debt - credit card | | | | 3,258.77 |
| Account No.

Andrei Ivanov
109 N. Yale Avenue
Villa Park, IL 60181 | - | | | Prior to petition date
Trade debt - Illinois Department of Labor wage claim | | | X | 3,780.35 |
| Account No.

Apex Capital Corp.
P.O. Box 961029
Fort Worth, TX 76161-1029 | - | | | Prior to petition date
Trade debt | | | | 500.00 |
| Account No. 2 555

AT&T
PO Box 5093
Carol Stream, IL 60197-9761 | - | | | Prior to petition date
Trade debt - Utility Service | | | | 391.66 |

Sheet no. __3__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,313.93

B6F (Official Form 6F) (12/07) - Cont.

In re   T & K Nationwide Trucking, Inc. _____,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 267 8 <br><br> AT&T <br> P.O. Box 5080 <br> Carol Stream, IL 60197-5080 | - | | | Prior to petition date <br> Trade debt - Utility Service | | | | 447.59 |
| Account No. 4 359 <br><br> AT&T <br> PO Box 5019 <br> Carol Stream, IL 60197-9761 | - | | | Prior to petition date <br> Trade debt - Utility Service | | | | 38.13 |
| Account No. 5576 <br><br> AT&T <br> PO Box 5093 <br> Carol Stream, IL 60197-9761 | - | | | Prior to petition date <br> Trade debt | | | | 142.13 |
| Account No. <br><br> Atlantic Expedited, LLC <br> 23 Clydes Way <br> Hoschton, GA 30548 | - | | | Prior to petition date <br> Trade debt | | | | 700.00 |
| Account No. <br><br> Averitt Express <br> c/o Bonded Collection Corporation <br> 29 East Madison Street, Suite 1650 <br> Chicago, IL 60602-4427 | - | | | Prior to petition date <br> Trade debt | | | | 75.00 |

Sheet no. __4__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                1,402.85

B6F (Official Form 6F) (12/07) - Cont.

In re    T & K Nationwide Trucking, Inc.                                    ,    Case No. _____
                                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Prior to petition date | | | | |
| Barry L. Johnson 3302 N. Dixieland Road Apt. L-1 Rogers, AR 72756 | - | | | Trade debt | | | | 1,588.70 |
| Account No. | | | | Prior to petition date | | | | |
| Baxter Bailey & Associates 1630 Goodman Road East Suite 3 Southaven, MS 38671 | - | | | Trade debt | | | | 1,300.00 |
| Account No. 1001 | | | | Prior to petition date | | | | |
| BMO Harris Bank N.A. Commercial Card Department 4726 East Towne Blvd., Suite 260 Madison, WI 53704 | - | | | Trade debt | | | | 302.00 |
| Account No. 4998 | | | | Prior to petition date | | | | |
| BMO Harris Bank N.A. Commercial Card Department 4726 East Towne Blvd., Suite 260 Madison, WI 53704 | - | | | Trade debt | | | | 43,616.55 |
| Account No. | | | | Prior to petition date | | | | |
| Bolt Express, LLC P.O. Box 759 Toledo, OH 43697-0759 | - | | | Trade debt | | | | 2,027.50 |

Sheet no. __5__ of __34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

48,834.75

B6F (Official Form 6F) (12/07) - Cont.

In re    T & K Nationwide Trucking, Inc. _____,    Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 2734 | | | | May, 2013 Trade debt | | | | |
| Canadian Transit Company P.O. Box 1480 Station A Windsor, Ontario N9A 6R6 | - | | | | | | | 4.75 |
| Account No. | | | | Prior to petition date Trade debt | | | | |
| Capital Credit Inc. P.O. Box 881774 San Francisco, CA 94188-1774 | - | | | | | | | 600.00 |
| Account No. | | | | Prior to petition date Trade debt | | | | |
| Capital One P.O. Box 105474 Atlanta, GA 30348-5474 | - | | | | | | | 1,474.90 |
| Account No. 0994 | | | | Prior to petition date Trade debt | | | | |
| Capital One Bank (USA), N.A. P.O. Box 6492 Carol Stream, IL 60197-6492 | - | | | | | | | 2,276.86 |
| Account No. | | | | Prior to petition date Trade debt | | | | |
| Capital Partners Funding P.O. Box 2642 Carlsbad, CA 92018-2642 | - | | | | | | | 450.00 |

Sheet no. __6__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,806.51

B6F (Official Form 6F) (12/07) - Cont.

In re     T & K Nationwide Trucking, Inc.                        ,          Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Prior to petition date Trade debt | | | | |
| Carriernet Group Financial, Inc. P.O. Box 1130 Sioux Falls, SD 57101-1130 | - | | | | | | | 1,200.00 |
| Account No. | | | | Prior to petition date Trade debt | | | | |
| Century Finance, LLC P.O. Box 16960 Jonesboro, AR 72403 | - | | | | | | | 1,330.00 |
| Account No. | | | | Prior to petition date Trade debt - rent | | | | |
| Cherry Creek Commons 11520 Francis Road Mokena, IL 60448 | - | | | | | | | Unknown |
| Account No. 0110399539 | | | | May, 2013 Trade debt - Notice of Determination | | | | |
| City of Cedar Rapids, Iowa Violation Processing Center PO Box 2086 Cedar Rapids, IA 52406 | - | | | | | | | 75.00 |
| Account No. | | | | Prior to petition date Trade debt | | | | |
| Clutch Cargo 5172 E. 128th Street Garfield Heights, OH 44125 | - | | | | | | | 1,300.00 |

Sheet no. _7_ of _34_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    3,905.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    T & K Nationwide Trucking, Inc. _____ ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Com Ed<br>Bill Payment Center<br>New Lenox, IL 60451-2981 | - | | Prior to petition date<br>Trade debt - Utility Service | | | | 5,304.70 |
| Account No.<br><br>Comcast<br>P.O. Box 3001<br>Southeastern, PA 19398-3001 | - | | Prior to petition date<br>Trade debt - Utility Service | | | | 4,731.95 |
| Account No. 1124<br><br>Comcast Cable<br>PO Box 3002<br>Southeastern, PA 19398-3002 | - | | Prior to petition date<br>Trade debt - Utility Service | | | | 227.20 |
| Account No.<br><br>Corporate Billing, LLC<br>P.O. Box 1000<br>Dept. 959<br>Memphis, TN 38148 | - | | Prior to petition date<br>Trade debt | | | | 1,625.00 |
| Account No.<br><br>Credit First<br>P.O. Box 81344<br>Cleveland, OH 44188 | - | | Prior to petition date<br>Trade debt | | | | 414.75 |

Sheet no. _8__ of _34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          12,303.60

B6F (Official Form 6F) (12/07) - Cont.

In re    T & K Nationwide Trucking, Inc.                                    ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.  Creekside Cargo, Inc. 15416 Industrial Parkway Cleveland, OH 44135 | - | | | Prior to petition date Trade debt | | | | 735.00 |
| Account No.  Dariusz Bosek 1811 Marigold Lane Hanover Park, IL 60133 | - | | | March, 2013 Trade debt - Independent Contractor | | | X | 1,450.00 |
| Account No.  Dawson Expediting 114 W. PR 1275 N. Brazil, IN 47834 | - | | | Prior to petition date Trade debt | | | | 475.00 |
| Account No.  DB Squared, Inc. P.O. Box 3679 Federal Way, WA 98063 | - | | | Prior to petition date Trade debt | | | | 2,738.50 |
| Account No.  Destination Express LLC 637 Neave Street Cincinnati, OH 45204 | - | | | Prior to petition date Trade debt | | | | 275.00 |

Sheet no. __9__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    5,673.50

B6F (Official Form 6F) (12/07) - Cont.

In re    T & K Nationwide Trucking, Inc. _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Prior to petition date | | | | |
| Diamond Delivery Service, LLC 2312 Northyard Court Fort Wayne, IN 46818 | - | | | Trade debt | | | | |
| | | | | | | | | 3,328.00 |
| Account No. | | | | Prior to petition date | | | | |
| E.L. Hollingsworth Co., Inc. P.O. Box 7762 Flint, MI 48507 | - | | | Trade debt | | | | |
| | | | | | | | | 325.00 |
| Account No. | | | | Prior to petition date | | | | |
| Eclipse Expediting LLC 2629 Remico St. SW Unit C Wyoming, MI 49519 | - | | | Trade debt | | | | |
| | | | | | | | | 3,243.00 |
| Account No. | | | | Prior to petition date | | | | |
| England Carrier Srvcs P.O. Box 953086 Saint Louis, MO 63195-3086 | - | | | Trade debt | | | | |
| | | | | | | | | 2,200.00 |
| Account No. | | | | Prior to petition date | | | | |
| Errands 1st LLC 1298 Conant Street Maumee, OH 43537 | - | | | Trade debt | | | | |
| | | | | | | | | 2,188.00 |
| Sheet no. _10_ of _34_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal (Total of this page) | | | | 11,284.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re    T & K Nationwide Trucking, Inc.                                      ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>EX-RAY Expedite Inc.<br>193 Volt Circle<br>Statesville, NC 28677-1322 | - | | | | Prior to petition date<br>Trade debt | | | | 388.00 |
| Account No.<br><br>Fast Exact<br>31 D Airport Boulevard<br>South San Francisco, CA 94080 | - | | | | Prior to petition date<br>Trade debt | | | | 1,350.00 |
| Account No. 534-9<br><br>FedEx<br>P.O. Box 94515<br>Palatine, IL 60094-4515 | - | | | | Prior to petition date<br>Trade debt | | | | 24.20 |
| Account No.<br><br>Financial Carrier Services<br>P.O. Box 151052<br>Ogden, UT 84415 | - | | | | Prior to petition date<br>Trade debt | | | | 1,600.00 |
| Account No.<br><br>Financial Carrier Services<br>P.O. Box 151052<br>Ogden, UT 84415 | - | | | | Prior to petition date<br>Trade debt | | | | 2,800.00 |

| Sheet no. __11__ of __34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 6,162.20 |
|---|---|---|

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re     T & K Nationwide Trucking, Inc.                                    ,          Case No. _____
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Prior to petition date | | | | |
| Financial Carrier Services P.O. Box 151052 Ogden, UT 84415 | - | | Trade debt | | | | |
| | | | | | | | 1,670.00 |
| Account No. | | | Prior to petition date | | | | |
| Firstline Funding Group Metro Cartage LLC P.O. Box 328 Madison, SD 57042 | - | | Trade debt | | | | |
| | | | | | | | 875.00 |
| Account No. | | | Prior to petition date | | | | |
| Firstline Funding Group Metro Cartage LLC P.O. Box 328 Madison, SD 57042 | - | | Trade debt | | | | |
| | | | | | | | 375.00 |
| Account No. | | | Prior to petition date | | | | |
| Firstline Funding Group Metro Cartage LLC P.O. Box 328 Madison, SD 57042 | - | | Trade debt | | | | |
| | | | | | | | 5,345.00 |
| Account No. | | | Prior to petition date | | | | |
| FleetOne Factoring P.O. Box 102970 Atlanta, GA 30368-2970 | - | | Trade debt | | | | |
| | | | | | | | 1,060.00 |

Sheet no. __12__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,325.00

B6F (Official Form 6F) (12/07) - Cont.

In re    T & K Nationwide Trucking, Inc. _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> FleetOne Factoring <br> P.O. Box 102970 <br> Atlanta, GA 30368-2970 | - | | | | Prior to petition date <br> Trade debt | | | | 450.00 |
| Account No. 5115 <br><br> Freightquote.com <br> c/o Receivable Management Services <br> 4836 Brecksville Road, P.O. Box 523 <br> Richfield, OH 44286 | - | | | | Prior to petition date <br> Trade debt | | | | 1,000.00 |
| Account No. 60449-01 <br><br> G&K Services <br> 8201 South Cork Avenue <br> Justice, IL 60458 | - | | | | Prior to petition date <br> Trade debt | | | | 713.72 |
| Account No. 9-003 <br><br> GE Capital <br> P.O. Box 740423 <br> Atlanta, GA 30374-0423 | - | | | | Prior to petition date <br> Trade debt | | | | 2,543.24 |
| Account No. 9004 <br><br> GE Capital <br> P.O. Box 740441 <br> Atlanta, GA 30374-0441 | - | | | | Prior to petition date <br> Trade debt | | | | 30,405.89 |

Sheet no. __13__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

35,112.85

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    T & K Nationwide Trucking, Inc. _____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>GoldCoast Logistics Group<br>341 Dartmoor Avenue<br>Romeoville, IL 60446 | - | | | Prior to petition date<br>Trade debt | | | | 1,954.00 |
| Account No.<br><br>Hi Tech Express Inc.<br>P.O. Box 56230<br>Chicago, IL 60656 | - | | | Prior to petition date<br>Trade debt | | | | 1,000.00 |
| Account No.<br><br>HireRight Solutions Inc.<br>23883 Network Place<br>Chicago, IL 60673-1238 | - | | | Prior to petition date<br>Trade debt | | | | 361.50 |
| Account No.<br><br>Hollingsworth Group<br>P.O. Box 7762<br>Flint, MI 48507 | - | | | Prior to petition date<br>Trade debt | | | | 325.00 |
| Account No. 5124<br><br>Ice Mountain Direct<br>P.O. Box 856680<br>Louisville, KY 40285 | - | | | Prior to petition date<br>Trade debt | | | | Unknown |

Sheet no. _14_ of _34_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,640.50

B6F (Official Form 6F) (12/07) - Cont.

In re     T & K Nationwide Trucking, Inc. _____,     Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Prior to petition date | | | | |
| Impact Leasing LLC P.O. Box 3090 Milwaukee, WI 53201-3090 | - | | Trade debt | | | | 1,645.10 |
| Account No. | | | Prior to petition date | | | | |
| Impact Networking, LLC 75 Remittance Drive Suite 1076 Chicago, IL 60675-1076 | - | | Trade debt | | | | 1,879.34 |
| Account No. | | | Prior to petition date | | | | |
| Indy Expediting Nationwide, Inc. 5757 Kopetsky Drive Indianapolis, IN 46217 | - | | Trade debt | | | | 1,225.00 |
| Account No. | | | Prior to petition date | | | | |
| Interstate Express, LLC 4731 Beach 47th Street Brooklyn, NY 11224 | - | | Trade debt | | | | 1,575.00 |
| Account No. | | | Prior to petition date | | | | |
| Investment Options LLC N56 W19289 Spencer Court Menomonee Falls, WI 53051 | - | | Trade debt | | | | 2,200.00 |

Sheet no. __15__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,524.44

B6F (Official Form 6F) (12/07) - Cont.

In re    T & K Nationwide Trucking, Inc. _____ ,    Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Prior to petition date | | | | |
| J Express, LLC 2153 Splitrail Trl. Buford, GA 30519 | - | | Trade debt | | | | 3,625.00 |
| Account No. | | | Prior to petition date | | | | |
| Jarrell's Moving and Transport Co. 5076 Park Avenue West Seville, OH 44273 | - | | Trade debt | | | | 375.00 |
| Account No. | | | Prior to petition date | | | | |
| JD Factors P.O. Box 687 Wheaton, IL 60187 | - | | Trade debt | | | | 4,425.00 |
| Account No. | | | Prior to petition date | | | | |
| JD Factors P.O. Box 687 Wheaton, IL 60187 | - | | Trade debt | | | | 2,100.00 |
| Account No. | | | Prior to petition date | | | | |
| JD Factors P.O. Box 687 Wheaton, IL 60187 | - | | Trade debt | | | | 1,500.00 |

Sheet no. __16__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,025.00

B6F (Official Form 6F) (12/07) - Cont.

In re    T & K Nationwide Trucking, Inc.                                            ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Jung Express<br>201 West Air Cargo Way<br>Milwaukee, WI 53207 | | - | | Prior to petition date<br>Trade debt | | | | 855.31 |
| Account No.<br><br>K&M Expediting II LLC<br>7064 Desmond Road<br>Waterford, MI 48329 | | - | | Prior to petition date<br>Trade debt | | | | 125.00 |
| Account No.<br><br>Kadinger Transport LLC<br>410 Sheridan Road<br>Racine, WI 53403 | | - | | Prior to petition date<br>Trade debt | | | | 6,642.00 |
| Account No.<br><br>KM Logistics<br>6221 S. Ace Industrial Drive<br>Cudahy, WI 53110 | | - | | Prior to petition date<br>Trade debt | | | | 640.00 |
| Account No.<br><br>Kozko Enterprises, LLC<br>17492 Fristoe Road<br>Sedalia, MO 65301 | | - | | Prior to petition date<br>Trade debt | | | | 2,325.00 |

Sheet no. __17__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,587.31

B6F (Official Form 6F) (12/07) - Cont.

In re    T & K Nationwide Trucking, Inc. _____,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C (Husband, Wife, Joint, or Community) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Landstar Carrier Group<br>c/o Cross Country Collections, Inc.<br>P.O. Box 3487<br>Kingsport, TN 37664-0487 | - | | Prior to petition date<br>Trade debt | | | | 54.00 |
| Account No. 3010<br><br>Liberty National Financial Corp.<br>P.O. Box 6089<br>Norman, OK 73070 | - | | Prior to petition date<br>Trade debt | | | | 1,200.00 |
| Account No.<br><br>Liquid Capital Exchange<br>19-16th Avenue N.<br>Hopkins, MN 55343 | - | | Prior to petition date<br>Trade debt | | | | 2,166.11 |
| Account No.<br><br>MEADtrans, LLC<br>5916 East Lake Parkway<br>Suite 311<br>McDonough, GA 30253 | - | | Prior to petition date<br>Trade debt | | | | 3,250.20 |
| Account No.<br><br>Mercedes Benz Financial Services<br>P.O. Box 5260<br>Carol Stream, IL 60197-5260 | - | | Prior to petition date<br>Trade debt | | | | 9,518.29 |

Sheet no. __18__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,188.60

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    T & K Nationwide Trucking, Inc. _____ ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 4-000 | | | | Prior to petition date Trade debt | | | | |
| Mercedes-Benz Fin Serv USA LLC 13650 Heritage Parkway Fort Worth, TX 76177 | X | - | | | X | X | | 41,013.75 |
| Account No. 3-000 | | | | Prior to petition date Trade debt | | | | |
| Mercedes-Benz Fin Serv USA LLC 13650 Heritage Parkway Fort Worth, TX 76177 | X | - | | | X | X | | 30,408.41 |
| Account No. | | | | Prior to petition date Trade debt | | | | |
| Metro Express Transportation 875 Fee Fee Road Maryland Heights, MO 63043 | | - | | | | | | 2,285.00 |
| Account No. | | | | Prior to petition date Trade debt | | | | |
| Metro Freight Brokers, LLC 5965 Wall Street Sterling Heights, MI 48312 | | - | | | | | | 8,350.00 |
| Account No. | | | | Prior to petition date Loans to corporation | | | | |
| Michelle and Peter Haljean 1900 Hampton Court Plainfield, IL 60586 | | - | | | | | | Unknown |

Sheet no. _19_ of _34_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          82,057.16

B6F (Official Form 6F) (12/07) - Cont.

In re    T & K Nationwide Trucking, Inc. _____ ,    Case No. _____

                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Mid State Express Inc.<br>2305 S. State Highway 121<br>Suite 135<br>Lewisville, TX 75067 | - | | | Prior to petition date<br>Trade debt | | | | 225.00 |
| Account No.<br><br>Midwest Transportation Services<br>8728 N. Briarwood Lake W. Drive<br>New Richmond, OH 45157 | - | | | Prior to petition date<br>Trade debt | | | | 1,600.00 |
| Account No.<br><br>National Bankers Trust<br>P.O. Box 1752<br>Memphis, TN 38101-1752 | - | | | Prior to petition date<br>Trade debt | | | | 700.00 |
| Account No.<br><br>New Lenox Industrial Park<br>538 E. Illinois Highway<br>New Lenox, IL 60451 | - | | | Prior to petition date<br>Trade debt | | | | 6,062.09 |
| Account No. 825 8<br><br>Nicor Gas<br>P.O. Box 5407<br>Carol Stream, IL 60197-5407 | - | | | Prior to petition date<br>Trade debt - Utility Service | | | | 97.32 |

Sheet no. __20__ of __34__ sheets attached to Schedule of    Subtotal    8,684.41
Creditors Holding Unsecured Nonpriority Claims    (Total of this page)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    T & K Nationwide Trucking, Inc. _____,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Nicor Gas<br>P.O. Box 0632<br>Aurora, IL 60507-0632 | | - | Prior to petition date<br>Trade debt - Utility Service | | | | 458.58 |
| Account No. 866 1<br><br>Nicor Gas<br>P.O. Box 5407<br>Carol Stream, IL 60197-5407 | | - | Prior to petition date<br>Trade debt | | | | 93.78 |
| Account No. 6000 1<br><br>Nissan Motor Acceptance Corporation<br>P.O. Box 660366<br>Dallas, TX 75266-0366 | X | - | Prior to petition date<br>Deficiency balance due upon sale of 2012 Nissan NV | | | | 17,697.97 |
| Account No. 3000 1<br><br>Nissan Motor Acceptance Corporation<br>P.O. Box 660366<br>Dallas, TX 75266-0366 | X | - | Prior to petition date<br>Deficiency balance due upon sale of 2012 Nissan NV | | | | 18,851.31 |
| Account No.<br><br>Non Stop Service<br>P.O. Box 133<br>Morrisville, NC 27560 | | - | Prior to petition date<br>Trade debt | | | | 100.00 |

Sheet no. __21__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

37,201.64

B6F (Official Form 6F) (12/07) - Cont.

In re    T & K Nationwide Trucking, Inc. _____,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>NuWay Disposal Service<br>P.O. Box 9<br>Mokena, IL 60448 | - | | | Prior to petition date<br>Trade debt | | | | 118.78 |
| Account No.<br><br>On Time Media<br>P.O. Box 782<br>Florence, KY 41022 | - | | | Prior to petition date<br>Trade debt | | | | 9,150.00 |
| Account No.<br><br>Orange Commercial Credit<br>P.O. Box 11099<br>Olympia, WA 98508-1099 | - | | | Prior to petition date<br>Trade debt | | | | 150.00 |
| Account No.<br><br>Orange Commercial Credit<br>P.O. Box 11099<br>Olympia, WA 98508-1099 | - | | | Prior to petition date<br>Trade debt | | | | 695.00 |
| Account No.<br><br>Par Logistics, Inc.<br>1251 N. Plum Grove Road<br>#120<br>Schaumburg, IL 60173 | - | | | Prior to petition date<br>Trade debt | | | | 325.00 |

Sheet no. __22__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,438.78

B6F (Official Form 6F) (12/07) - Cont.

In re    T & K Nationwide Trucking, Inc. _____,    Case No. _____

    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Pavestone Capital LLC<br>P.O. Box 1110<br>Fruitland, ID 83619 | - | | Prior to petition date<br>Trade debt | | | | 760.00 |
| Account No. 4885<br><br>Paychex of New York LLC<br>1000 East Warrenville Road<br>Suite 200<br>Naperville, IL 60563 | - | | Prior to petition date<br>Trade debt | | | | 331.99 |
| Account No.<br><br>Polly Express<br>565 Dave Smith Road<br>Prospect Hill, NC 27314 | - | | Prior to petition date<br>Trade debt | | | | 1,450.00 |
| Account No.<br><br>Pre Pass<br>23566 Network Place<br>Chicago, IL 60673-1235 | - | | Prior to petition date<br>Trade debt | | | | 30.51 |
| Account No.<br><br>Premium Transporation Log, LLC<br>Dept. 9226-001<br>P.O. Box 30516<br>Lansing, MI 48909-8016 | - | | Prior to petition date<br>Trade debt | | | | 1,341.00 |

Sheet no. __23__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,913.50

B6F (Official Form 6F) (12/07) - Cont.

In re    T & K Nationwide Trucking, Inc. _____,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Prior to petition date | | | | |
| Prestige Expedite P.O. Box 901700 Cleveland, OH 44190-1700 | - | | Trade debt | | | | 327.80 |
| Account No. | | | Prior to petition date | | | | |
| Pro Express LLC 926 1/2 Milwaukee Avenue South Milwaukee, WI 53172 | - | | Trade debt | | | | 4,321.00 |
| Account No. | | | Prior to petition date | | | | |
| Pronto Freight Ways Inc. 28666 Hildebrandt Street Romulus, MI 48174 | - | | Trade debt | | | | 400.00 |
| Account No. | | | Prior to petition date | | | | |
| R&J Transport Division 209 West 2nd Street Suite 160 Fort Worth, TX 76102 | - | | Trade debt | | | | 1,064.00 |
| Account No. | | | Prior to petition date | | | | |
| Red Ball Express LLC 13880 Newton Road Middleburg Heights, OH 44130 | - | | Trade debt | | | | 4,750.00 |

Sheet no. __24__ of __34__ sheets attached to Schedule of                                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                                       (Total of this page)          10,862.80

B6F (Official Form 6F) (12/07) - Cont.

In re    T & K Nationwide Trucking, Inc. _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| Account No. | | | | Prior to petition date Trade debt | | | | |
| River Side Logistics LLC P.O. Box 644 Monticello, MN 55362 | - | | | | | | | 700.00 |
| Account No. | | | | Prior to petition date Trade debt | | | | |
| Riviera Finance P.O. Box 535213 Atlanta, GA 30353-5213 | - | | | | | | | 1,950.00 |
| Account No. | | | | Prior to petition date Trade debt | | | | |
| RJ's Expediting, LLC 1328 Alivia Drive Plainwell, MI 49080 | - | | | | | | | 250.00 |
| Account No. | | | | Prior to petition date Trade debt | | | | |
| Road King Tire & Service 1200 S. Cedar Road New Lenox, IL 60451 | - | | | | | | | 701.00 |
| Account No. | | | | Prior to petition date Trade debt | | | | |
| Roberts Tire Homer Glen 15741 S. Bell Road Homer Glen, IL 60491 | - | | | | | | | 141.60 |

Sheet no. __25__ of __34__ sheets attached to Schedule of                    Subtotal                3,742.60
Creditors Holding Unsecured Nonpriority Claims                           (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    T & K Nationwide Trucking, Inc. _____,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Prior to petition date | | | | |
| Royal Express & Trucking Inc. 242 W. Devon Avenue Bensenville, IL 60106 | - | | Trade debt | | | | 22,300.00 |
| Account No. | | | Prior to petition date | | | | |
| Royalty Gate 621 Woodland Drive Largo, FL 33771 | - | | Trade debt | | | | 950.00 |
| Account No. | | | Prior to petition date | | | | |
| RP Expediting LLC 448 Abberly Lane Boiling Springs, SC 29316 | - | | Trade debt | | | | 567.00 |
| Account No. | | | Prior to petition date | | | | |
| Runa Link Corp. P.O. Box 207 Westmoreland, NY 13490 | - | | Trade debt | | | | 2,045.00 |
| Account No. | | | Prior to petition date | | | | |
| Rush Trucking 35160 E. Michigan Avenue P.O. Box 1011 Wayne, MI 48184 | - | | Trade debt | | | | 795.00 |

Sheet no. __26__ of __34__ sheets attached to Schedule of       Subtotal
Creditors Holding Unsecured Nonpriority Claims                 (Total of this page)       26,657.00

B6F (Official Form 6F) (12/07) - Cont.

In re    T & K Nationwide Trucking, Inc. _____ ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Prior to petition date Trade debt | | | | |
| Rushing Transport LLC 216 Delano Avenue Greer, SC 29650 | - | | | | | | | 1,450.00 |
| Account No. | | | | Prior to petition date Trade debt | | | | |
| Speciality Delivery & Logistics 13000-F S. Tryon PMB 261 Charlotte, NC 28278 | - | | | | | | | 2,020.00 |
| Account No. 4485 | | | | Prior to petition date Trade debt | | | | |
| Speedway, LLC P.O. Box 740587 Cincinnati, OH 45274-0587 | - | | | | | | | 362.95 |
| Account No. | | | | Prior to petition date Trade debt | | | | |
| SpeedyC, LLC 244 McKees Rock Lane Lawrenceville, GA 30044 | - | | | | | | | 680.00 |
| Account No. 1009 | | | | Prior to petition date Trade debt - Utility Service | | | | |
| Sprint PO Box 2077 London, KY 40742 | - | | | | | | | 1,546.91 |

Sheet no.  _27_  of  _34_  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,059.86

B6F (Official Form 6F) (12/07) - Cont.

In re    T & K Nationwide Trucking, Inc. _____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> Sprint <br> P.O. Box 4181 <br> Carol Stream, IL 60197 | - | | | Prior to petition date <br> Trade debt - Utility Service | | | | 907.09 |
| Account No. <br><br> SR Freight <br> 707 Golden Prairie Drive <br> Davis Junction, IL 61020 | - | | | Prior to petition date <br> Trade debt | | | | 900.00 |
| Account No. <br><br> STAT Delivery Service <br> P.O. Box 582 <br> Elk Grove Village, IL 60009 | - | | | Prior to petition date <br> Trade debt | | | | 362.00 |
| Account No. <br><br> Sterling Commercial Credit <br> 10559 Citation Drive <br> Suite 204 <br> Brighton, MI 48116 | - | | | Prior to petition date <br> Trade debt | | | | 890.00 |
| Account No. <br><br> Sunbelt Finance, LLC <br> P.O. Box 1000 <br> Dept. 144 <br> Memphis, TN 38148-0144 | - | | | Prior to petition date <br> Trade debt | | | | 2,200.00 |

Sheet no. __28__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      5,259.09

B6F (Official Form 6F) (12/07) - Cont.

In re    T & K Nationwide Trucking, Inc.                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 7 345<br><br>SuperFleet<br>Attn: Credit Customer Service<br>P.O. Box 1590<br>Springfield, OH 45501 | - | | | Prior to petition date<br>Trade debt | | | | 337.95 |
| Account No.<br><br>Superior Global Logistics<br>19661 Brownstown Center Drive<br>Suite 600<br>Brownstown, MI 48183 | - | | | Prior to petition date<br>Trade debt | | | | 475.00 |
| Account No.<br><br>Sylectus<br>3290 Jefferson Boulevard<br>Suite 202<br>Windsor, Ontario N8T 2W8 | - | | | Prior to petition date<br>Trade debt | | | | 4,211.00 |
| Account No.<br><br>Sylectus<br>3290 Jefferson Boulevard<br>Suite 202<br>Windsor, Ontario N8T 2W8 | - | | | Prior to petition date<br>Trade debt | | | | 5,267.00 |
| Account No.<br><br>TCI Business Cptl Inc.<br>9815 Paysphere Circle<br>Chicago, IL 60674 | - | | | Prior to petition date<br>Trade debt | | | | 2,050.00 |

Sheet no. __29__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,340.95

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    T & K Nationwide Trucking, Inc. _____ ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> The Expediting Co., Inc. <br> 1295 South Brown School Road <br> Vandalia, OH 45377 | | - | | Prior to petition date <br> Trade debt | | | | 875.00 |
| Account No. 1-000 <br><br> The Hanover Insurance Group <br> PO Box 580045 <br> Charlotte, NC 28258-0045 | X | - | | Prior to petition date <br> Trade debt - Insurance premiums | | | | 8,961.00 |
| Account No. <br><br> The Hanover Insurance Group <br> PO Box 580045 <br> Charlotte, NC 28258-0045 | | - | | Prior to petition date <br> Trade debt - Insurance premiums | | | | 1,029.00 |
| Account No. <br><br> TLC Express, LLC <br> 5757 Kopetsky Drive <br> Unit E <br> Indianapolis, IN 46217 | | - | | Prior to petition date <br> Trade debt | | | | 4,342.50 |
| Account No. <br><br> Towne Air Freight <br> 1932 Momentum Place <br> Chicago, IL 60689-5319 | | - | | Prior to petition date <br> Trade debt | | | | 13,950.00 |

Sheet no. __30__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    29,157.50

B6F (Official Form 6F) (12/07) - Cont.

In re    T & K Nationwide Trucking, Inc. _____ ,    Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Prior to petition date Trade debt | | | | |
| Transfac Capital LLC P.O. Box 3238 Salt Lake City, UT 84110 | - | | | | | | | |
| | | | | | | | | 450.00 |
| Account No. | | | | Prior to petition date Trade debt | | | | |
| Transouth Express, LLC 925 Main Street Suite 300 Stone Mountain, GA 30083 | - | | | | | | | |
| | | | | | | | | 593.00 |
| Account No. | | | | Prior to petition date Trade debt | | | | |
| Tyme-IT Transporation Inc. Department 4949 Carol Stream, IL 60122-4949 | - | | | | | | | |
| | | | | | | | | 650.00 |
| Account No. | | | | Prior to petition date Trade debt | | | | |
| Universe Carrier, Inc. 3542 N. Newcastle Avenue Chicago, IL 60634 | - | | | | | | | |
| | | | | | | | | 3,030.00 |
| Account No. | | | | Prior to petition date Trade debt | | | | |
| US Xpress Enterprises 4080 Jenkins Road Chattanooga, TN 37421 | - | | | | | | | |
| | | | | | | | | 3,329.17 |

Sheet no. __31__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    8,052.17

B6F (Official Form 6F) (12/07) - Cont.

In re      T & K Nationwide Trucking, Inc.                                    ,      Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Prior to petition date Trade debt | | | | |
| Violation Processing Center P.O. Box 2086 Cedar Rapids, IA 52406 | - | | | | | | | 75.00 |
| Account No. | | | | Prior to petition date Trade debt | | | | |
| Viva Capital Funding Inc. P.O. Box 17548 El Paso, TX 79917 | - | | | | | | | 2,200.00 |
| Account No. | | | | Prior to petition date Trade debt - judgment | | | | |
| Vladislav Kalitka c/o Storto, Finn & Rosinski 100 West Green Street Bensenville, IL 60106 | - | | | | | | X | 4,775.78 |
| Account No. | | | | Prior to petition date Trade debt | | | | |
| W2 Logistics P.O. Box 373 Elk Grove Village, IL 60009-0373 | - | | | | | | | 5,730.00 |
| Account No. | | | | Prior to petition date Trade debt | | | | |
| W2 Logistics Inc. c/o Richard T Avis P.O. Box 1008 Arlington Heights, IL 60006 | - | | | | | | | 1,309.00 |

Sheet no. __32__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,089.78

B6F (Official Form 6F) (12/07) - Cont.

In re    T & K Nationwide Trucking, Inc. _____ ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>W2 Logistics Inc.<br>1100 North Ellis Street<br>Bensenville, IL 60106 | - | | | Prior to petition date<br>Trade debt | | | | 7,160.00 |
| Account No.<br><br>Western Trucking Box Inc.<br>23 Morningside Terrace<br>West Springfield, MA 01089 | - | | | Prior to petition date<br>Trade debt | | | | 1,395.00 |
| Account No.<br><br>WEX<br>97 Darling Avenue S.<br>South Portland, ME 04106 | - | | | Prior to petition date<br>Trade debt | | | | Unknown |
| Account No.<br><br>Woodland Transport LLC<br>12349 S. Latrobe Avenue<br>Alsip, IL 60803 | - | | | Prior to petition date<br>Trade debt | | | | 2,200.00 |
| Account No.<br><br>Xpress Direct<br>P.O. Box 116058<br>Atlanta, GA 30368-6058 | - | | | Prior to petition date<br>Trade debt | | | | 2,496.94 |

Sheet no. __33__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,251.94

B6F (Official Form 6F) (12/07) - Cont.

In re    T & K Nationwide Trucking, Inc.                                    ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Prior to petition date | | | | |
| Zipp Express LLC 575 Airport Road Gallatin, TN 37066 | - | | | Trade debt | | | | |
| | | | | | | | | 2,500.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __34__ of __34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 2,500.00 |
| | Total (Report on Summary of Schedules) | 496,252.31 |

Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re      T & K Nationwide Trucking, Inc. _____,      Case No. _____
                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature
of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and
complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Cherry Creek Commons 11520 Francis Road Mokena, IL 60448 | Non-residential real property lease 2611 & 2615 E. Cass Avenue, Joliet, Illinois 60432 Term:  July 1, 2013 through June 30, 2014 Rent:  $1,200.00 per month |

0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                                                          Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    T & K Nationwide Trucking, Inc.                                    ,    Case No. _____
                                        Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Michelle Haljean<br>1900 Hampton Court<br>Plainfield, IL 60586 | Rapid Advance<br>7316 Wisconsin Avenue<br>Suite 350<br>Bethesda, MD 20814 |
| Michelle Haljean<br>1900 Hampton Court<br>Plainfield, IL 60586 | Mercedes-Benz Fin Serv USA LLC<br>13650 Heritage Parkway<br>Fort Worth, TX 76177 |
| Michelle Haljean<br>1900 Hampton Court<br>Plainfield, IL 60586 | Mercedes-Benz Fin Serv USA LLC<br>13650 Heritage Parkway<br>Fort Worth, TX 76177 |
| Michelle Haljean<br>1900 Hampton Court<br>Plainfield, IL 60586 | Nissan Motor Acceptance Corporation<br>P.O. Box 660366<br>Dallas, TX 75266-0366 |
| Peter Haljean<br>1900 Hampton Court<br>Plainfield, IL 60586 | Nissan Motor Acceptance Corporation<br>P.O. Box 660366<br>Dallas, TX 75266-0366 |
| T & K Logistics of Illinois, Inc.<br>540 East Illinois Highway<br>New Lenox, IL 60451 | The Hanover Insurance Group<br>PO Box 580045<br>Charlotte, NC 28258-0045 |
| T & K Logistics of Illinois, Inc.<br>540 East Illinois Highway<br>New Lenox, IL 60451 | BMO Harris Bank N.A.<br>BLST - P.O. Box 2880<br>Chicago, IL 60690 |

____0____
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   T & K Nationwide Trucking, Inc.                                     Case No. _____

                                                  Debtor(s)                  Chapter     7

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of \_\_\_46\_\_\_ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  November  1, 2013 _____         Signature     /s/ Michelle Haljean _____

                                                                Michelle Haljean
                                                                President

   *Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
### Northern District of Illinois

In re    T & K Nationwide Trucking, Inc.                                                    Case No.

_____   Chapter    7

                                Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $103,150.00 | 2011: Debtor Business Income |
| $-343,667.00 | 2012: Debtor Business Income |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                SOURCE

B7 (Official Form 7) (04/13)
2

## 3. Payments to creditors

None ■

**Complete a. or b., as appropriate, and c.**

a.    *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None □

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Rapid Advance<br>7316 Wisconsin Avenue<br>Suite 350<br>Bethesda, MD 20814 | July - August, 2013 | $13,774.75 | $235,000.00 |
| WEX<br>97 Darling Avenue S.<br>South Portland, ME 04106 | July - August, 2013 | $13,384.03 | $0.00 |

None ■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4.  Suits and administrative proceedings, executions, garnishments and attachments

None □

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Small Business Financial Solutions LLC v. T & K Nationwide Trucking Inc. and Michelle Haljean Case No. 370949V | Breach of contract | In the Circuit Court of Maryland for Montgomery County | Dismissed August 1, 2013 |
| BMO Harris Bank N.A. v. T & K Nationwide Trucking, Inc., T & K Logistics of Illinois Inc., Michelle M. Haljean and Peter M. Haljean Case No. 2013-L-009927 | Breach of contract | In the Circuit Court of Cook County, Illinois County Department, Law Division | Complaint filed September 4, 2013 |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Vladislav Klaitka v. T & K Logistics of Illinois, Inc. d/b/a T&K Nationwide Trucking, Inc. Case No. 2013 SC 003510 | Breach of contract | In the Circuit Court of the Eighteenth Judicial Circuit DuPage County, Wheaton, Illinois | Complaint filed July 30, 2013; motion for default judgment and prove-up set for October 21, 2013. |
| BMO Harris Bank N.A. v. T & K Nationwide Trucking, Inc. and T & K Logistics of Illinois, Inc. Case No. 13 L 0727 | Replevin | In the Circuit Court of the Twelfth Judicial Circuit Will County, Illinois | Complaint filed September 9, 2013 |
| Andrei Ivanov v. T & K Nationwide Trucking Wage Claim No. 13001997 | Wage Claim | Illinois Department of Labor 160 North LaSalle Street, Suite C-1300 Chicago, Illinois 60601-3150 | Claim filed April, 2013 |

None    ☐    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Midwest Copier Exchange | August 12, 2013 | Kyocera copier Model ta45001i |
| Midwest Copier Exchange | August 12, 2013 | Konica copier Model bhc280 |
| American Recovery Service Inc. 5118 Robert J Matthews Parkway El Dorado Hills, CA 95762-5703 | August 19, 2013 | 2012 Nissan NV - S; SV |

**5. Repossessions, foreclosures and returns**

None    ☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Mercedes-Benz Fin Serv USA LLC 13650 Heritage Parkway Fort Worth, TX 76177 | August, 2013 | 2012 Mercedes-Benz - Model M2CA170  - Serial No. 4257 2012 Mercedes-Benz - Model M2CA170E - Serial No. 3393 2012 Mercedes-Benz - Model M2CA170E - Serial No. 3810 |
| Nissan Motor Acceptance Corporation P.O. Box 660680 Dallas, TX 75266-0680 | August 19, 2013 | 2012 Nissan - Model NV - Serial No. 0072 |
| Nissan Motor Acceptance Corporation P.O. Box 660680 Dallas, TX 75266-0680 | August 16, 2013 | 2012 Nissan - Model NV - Serial No. 1570 |

B7 (Official Form 7) (04/13)
4

**6. Assignments and receiverships**

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Scalambrino & Arnoff, LLP One North LaSalle Street Suite 1600 Chicago, IL 60602 | September, 2013 Paid by debtor and Michelle Haljean | $2,806.00 includes filing fee ($2,550.00 paid by debtor, $256.00 paid by Michelle Haljean) |

**10. Other transfers**

None ■ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

B7 (Official Form 7) (04/13)
5

None ■   b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11.  Closed financial accounts

None ■   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12.  Safe deposit boxes

None ■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13.  Setoffs

None ■   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14.  Property held for another person

None ■   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15.  Prior address of debtor

None □   If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 540 East Illinois Highway<br>New Lenox, Illinois 60451 | | |

B7 (Official Form 7) (04/13)
6

### 16. Spouses and Former Spouses

None
■   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None
■   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

B7 (Official Form 7) (04/13)
7

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
■    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

**20. Inventories**

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

B7 (Official Form 7) (04/13)
8

## 21 . Current Partners, Officers, Directors and Shareholders

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Michelle Haljean<br>1900 Hampton Court<br>Plainfield, IL 60586 | President | Sole shareholder |

## 22 . Former partners, officers, directors and shareholders

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

## 23 . Withdrawals from a partnership or distributions by a corporation

None
☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Michelle Haljean<br>1900 Hampton Court<br>Plainfield, IL 60586<br>   President | November, 2012 - July, 2013<br>(Shareholder distributions & expense reimbursement) | $77,594.31 |
| Michelle Haljean<br>1900 Hampton Court<br>Plainfield, IL 60586<br>   President | November, 2012 through August, 2013<br>(Salary) | $62,867.75 |
| Peter Haljean<br>1900 Hampton Court<br>Plainfield, IL 60586<br>   Husband of president | November, 2012 through June, 2013<br>(Salary) | $58,597.26 |
| Peter Haljean<br>1900 Hampton Court<br>Plainfield, IL 60586<br>   Husband of president | March - July, 2013<br>(Disbursement and expense reimbursement) | $6,874.34 |

B7 (Official Form 7) (04/13)
9

**24. Tax Consolidation Group.**

None
■     If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
      group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
      of the case.

NAME OF PARENT CORPORATION                                        TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■     If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an
      employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                              TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct to the best of my knowledge, information and belief.

Date   November  1, 2013                    Signature   /s/ Michelle Haljean
                                                         Michelle Haljean
                                                         President

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
### Northern District of Illinois

In re   T & K Nationwide Trucking, Inc.

                                   Debtor(s)

Case No. _____

Chapter   7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 2,806.00 |
| Prior to the filing of this statement I have received | $ | 2,806.00 |
| Balance Due | $ | 0.00 |

2.    The source of the compensation paid to me was:

      ☐ Debtor     ■ Other (specify):    $2,550.00 paid by debtor
                                         $  256.00 paid by Michelle Haljean

3.    The source of compensation to be paid to me is:

      ■ Debtor     ☐ Other (specify):

4.    ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
          Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    November 1, 2013                /s/ Bruce C. Scalambrino
                                                 Bruce C. Scalambrino
                                                 Scalambrino & Arnoff, LLP
                                                 One North LaSalle Street
                                                 Suite 1600
                                                 Chicago, IL 60602
                                                 312-629-0545  Fax: 312-629-0550
                                                 bcs@sacounsel.com



THE LAW FIRM OF

# SCALAMBRINO & ARNOFF, LLP

ONE NORTH LASALLE STREET · SUITE 1600 · CHICAGO, ILLINOIS 60602
TELEPHONE (312) 629-0545                    FACSIMILE (312) 629-0550
www.sacounsel.com

BRUCE C. SCALAMBRINO
Direct Dial (312) 629-0547
bcs@sacounsel.com

August 7, 2013

**SENT VIA E-MAIL CORRESPONDENCE**

Ms. Michelle Haljean
T & K Nationwide Trucking, Inc.
2611 East Cass Street
Joliet, Illinois 60432

### Re:  Retention of Scalambrino & Arnoff, LLP

Dear Michelle:

It is Scalambrino & Arnoff, LLP's ("S&A") standard practice to have all clients execute a retention agreement.  This ensures that both the client and our law firm understand the scope of the other's obligations to one another.  This letter thus serves as confirmation of the engagement of S&A as T & K Nationwide Trucking, Inc.'s ("T & K") attorneys and the basis of our representation.

## SCOPE OF REPRESENTATION

S&A shall represent T & K in all matters pertaining to the filing of a Chapter 7 bankruptcy petition in the United States Bankruptcy Court for the Northern District of Illinois.  S&A's services shall consist of the following:   i) providing legal advice with respect to T & K's rights, duties and obligations as a debtor in a Chapter 7 proceeding;  ii) assisting in the preparation of all of the paperwork necessary to file a Chapter 7 proceeding including, but not limited to, the petition, schedules and statement of financial affairs;  iii) representing the company at the first meeting of creditors with the Chapter 7 Trustee;  and iv)  handling such other legal obligations and responsibilities of T & K in the course of the Chapter 7 proceeding.   The attorneys who will assume primary responsibility for handling this matter and their respective hourly rates are:  Bruce C. Scalambrino, $420.00 per hour and Christopher L. Muniz, $300.00 per hour.

Unless otherwise agreed to, in writing, we only represent T & K, and we do not undertake the representation of any related or affiliated person or entity, nor any parent or brother-sister entity, or T & K's officers, directors, board members, agents or employees.

Ms. Michelle Haljean                                                    August 7, 2013
                                                                        Page 2

## RETAINER PAYMENT

In order to undertake the representation described above, S&A requires the payment of a retainer in the sum of $2,500.00, as well as the filing fee in the sum of $306.00, for a total due of $2,806.00. Your check should be made payable to "Scalambrino & Arnoff, LLP." This amount will be the only amount we will charge for handling this matter if you file under Chapter 7 of the Bankruptcy Code, unless you retain us to handle any matter not the subject of this retention agreement.

## TAX ADVICE

S&A does not and will not provide advice regarding the tax ramifications of the strategies employed in the handling of your case. We strongly urge you to retain tax counsel or tax accountants in conjunction with our retention in this matter.

## NO GUARANTEE OF SUCCESS

It is impossible to predict the result or outcome of any professional engagement. Thus, it is impossible to provide any promise or guarantee about the outcome of this matter. Nothing in this agreement and nor any statement made by any attorneys or staff constitutes a promise or guarantee of any outcome. Any comments about the outcome of your matter are simply expressions of judgment and are not binding on us.

## FILE RETENTION & DESTRUCTION

The files of the firm, including lawyer work product, pertaining to the matter will be retained by the firm for a period of seven (7) years after the end of our engagement. These materials will generally be kept in an electronic format only and will be destroyed, after reasonable notice to you, at the end of the seven (7) year period. Thus, you must keep your contact information with the firm current during this time. If you do not keep your address current during the seven (7) year period of time and our notification letter is returned, we have the right to destroy your file without your consent.

## WITHDRAWAL FROM REPRESENTATION

This retention may be terminated by either you or S&A at any time by written notice. We normally do not terminate our representation of a client unless the client misrepresents or fails to disclose material facts, makes it unethical or unreasonably difficult for us to continue to represent the client, fails to cooperate, fails to pay our outstanding fee statements or unless other cause exists. Upon termination of our active involvement in this matter, S&A will have no duty to inform you of further developments or changes in the law which may be relevant to such matter in which our representation has terminated. Furthermore, S&A will have no obligation to

Ms. Michelle Haljean

August 7, 2013

Page 3

monitor renewal or notice dates or similar deadlines which may arise from the matter for which we had been engaged.

If we are terminated prior to the actual filing of the bankruptcy petition, we shall refund to you a portion of the retainer paid to us, including the filing fee. We shall be entitled to deduct from this amount our attorneys' fees and costs incurred based upon the time we have spent working on this matter. This time shall be billed at our normal and customary hourly rates in existence at that time.

## INFORMATION FROM YOU

S&A cannot independently verify the truth and accuracy of all of the information supplied by you in our handling of your matter. By transmitting such information to S&A you acknowledge and agree that it is truthful and accurate to the best of your knowledge, information and belief. In addition, you understand that S&A will rely on you or your designee to review for correctness all pleadings, papers, and other communications drafted by S&A that will or could be submitted to courts, regulatory authorities or other third parties.

## E-MAIL COMMUNICATIONS & ELECTRONIC SIGNATURES

S&A recognizes that office technology is evolving and electronic communications cannot be fully protected from unauthorized interception. Furthermore, human error or electronic viruses may at times result in electronic communications being misdirected. Nonetheless, you authorize S&A to transmit information, including confidential information, by e-mail or other electronic transmission. Signatures in electronic form by e-mail, facsimile or other electronic means shall be treated in all manner and respects as an original signature, including but not limited to your execution of this retention agreement.

## ENTIRE AGREEMENT & CHOICE OF LAW

This agreement sets forth the entire agreement of the parties and supersedes any and all other agreements, oral or written, with respect to the subject matter hereof. Any modification of this agreement will be effective only if it is in a writing signed by all parties. This agreement shall, in all respects, be interpreted, enforced and governed by the laws of the State of Illinois.

We encourage your comments, questions or suggestions, all of which enable us to serve you more efficiently and to enhance our working relationship. We are pleased to have this opportunity to represent you, and will use our best endeavors to bring this matter to a prompt and satisfactory conclusion.

As with any contract, we urge you to seek independent counsel before entering into this retention agreement.

Ms. Michelle Haljean                                          August 7, 2013
                                                                  Page 4

        If the arrangement set forth in this agreement is acceptable to you, please return a signed
copy of this letter to me. Your signature shall indicate your understanding and agreement to the
terms set forth herein.


                                        Sincerely yours,

                                        SCALAMBRINO & ARNOFF, LLP


                                        By:_____
                                            Bruce C. Scalambrino


APPROVED and ACCEPTED this
____ day of August, 2013


T & K Nationwide Trucking, Inc.


By: _____
        An authorized officer

# United States Bankruptcy Court
## Northern District of Illinois

In re    T & K Nationwide Trucking, Inc.                Case No. _____

                                    Debtor(s)      Chapter    7 _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:     _____ 177

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    November  1, 2013            /s/ Michelle Haljean _____

                                       Michelle Haljean/President
                                       Signer/Title

A Plus Expediting & Logistics
P.O. Box 570
Dayton, OH 45404


A&L Global Enterprises
P.O. Box 801
Round Lake, IL 60073


A-Pass
P.O. Box 1480
Station A
Windsor Ontario N9A 6R6


A. Blair Enterprises Inc.
P.O. Box 598
Prospect, KY 40059


A7 Transport
4612 Castleford Lane
Columbus, OH 43228


AAA Communications
19420 Hunter Trail
Mokena, IL 60448


ADT Security Services
P.O. Box 650485
Dallas, TX 75265-0485


ADT Security Services
P.O. Box 371956
Pittsburgh, PA 15250-7956


Advance Business Capital
P.O. Box 610028
Dallas, TX 75261-0028


Affiliated Computer Services
P.O. Box 201322
Dallas, TX 75320-1322


AGK Express, Inc.
P.O. Box 662
Elk Grove Village, IL 60009-0662

Alex Trucking LLC
27168 Sinkhole Road
Sedalia, MO 65301


ALK Technologies, Inc.
1000 Herrontown Road
Princeton, NJ 08540


Alliance Express, LLC
11494 Nora Drive
Fenton, MI 48430


Ally
Payment Processing Center
P.O. Box 9001951
Louisville, KY 40290-1951


Alphera Financial Services
P.O. Box 9001065
Louisville, KY 40290-1065


American Express
Box 0001
Los Angeles, CA 90096-8000


Andrei Ivanov
109 N. Yale Avenue
Villa Park, IL 60181


Apex Capital Corp.
P.O. Box 961029
Fort Worth, TX 76161-1029


Arnold Scott Harris, P.C.
111 West Jackson Boulevard
Suite 600
Chicago, IL 60604-4134


AT&T
PO Box 5093
Carol Stream, IL 60197-9761


Atlantic Expedited, LLC
23 Clydes Way
Hoschton, GA 30548

Averitt Express
c/o Bonded Collection Corporation
29 East Madison Street, Suite 1650
Chicago, IL 60602-4427


Averitt Express, Inc.
P.O. Box 102197
Atlanta, GA 30368-2197


Barry L. Johnson
3302 N. Dixieland Road
Apt. L-1
Rogers, AR 72756


Baxter Bailey & Associates
1630 Goodman Road East
Suite 3
Southaven, MS 38671


BMO Harris Bank N.A.
BLST - P.O. Box 2880
Chicago, IL 60690


BMO Harris Bank N.A.
Commercial Card Department
4726 East Towne Blvd., Suite 260
Madison, WI 53704


Bolt Express, LLC
P.O. Box 759
Toledo, OH 43697-0759


CACSI
10865 Grandview Drive
Suite 2000
Overland Park, KS 66210


Canadian Transit Company
P.O. Box 1480
Station A
Windsor, Ontario N9A 6R6


Capital Credit Inc.
P.O. Box 881774
San Francisco, CA 94188-1774

Capital One
P.O. Box 105474
Atlanta, GA 30348-5474


Capital One Bank (USA), N.A.
P.O. Box 6492
Carol Stream, IL 60197-6492


Capital Partners Funding
P.O. Box 2642
Carlsbad, CA 92018-2642


Carriernet Group Financial, Inc.
P.O. Box 1130
Sioux Falls, SD 57101-1130


Century Finance, LLC
P.O. Box 16960
Jonesboro, AR 72403


Cherry Creek Commons
11520 Francis Road
Mokena, IL 60448


City of Cedar Rapids, Iowa
Violation Processing Center
PO Box 2086
Cedar Rapids, IA 52406


Clutch Cargo
5172 E. 128th Street
Garfield Heights, OH 44125


Com Ed
Bill Payment Center
New Lenox, IL 60451-2981


Comcast
P.O. Box 3001
Southeastern, PA 19398-3001


Comcast Cable
PO Box 3002
Southeastern, PA 19398-3002

Corporate Billing, LLC
P.O. Box 1000
Dept. 959
Memphis, TN 38148


Credit First
P.O. Box 81344
Cleveland, OH 44188


Creekside Cargo, Inc.
15416 Industrial Parkway
Cleveland, OH 44135


CSBOND01
PO Box 1022
Wixom, MI 48393


Daimler Truck Financial
13650 Heritage Parkway
Fort Worth, TX 76177


Dariusz Bosek
1811 Marigold Lane
Hanover Park, IL 60133


Davison Law Firm
879 Willow Treet Circle
#104
Cordova, TN 38018


Dawson Expediting
114 W. PR 1275 N.
Brazil, IN 47834


DB Squared, Inc.
P.O. Box 3679
Federal Way, WA 98063


Destination Express LLC
637 Neave Street
Cincinnati, OH 45204


Diamond Delivery Service, LLC
2312 Northyard Court
Fort Wayne, IN 46818

E.L. Hollingsworth Co., Inc.
P.O. Box 7762
Flint, MI 48507


Eclipse Expediting LLC
2629 Remico St. SW
Unit C
Wyoming, MI 49519


England Carrier Srvcs
P.O. Box 953086
Saint Louis, MO 63195-3086


Errands 1st LLC
1298 Conant Street
Maumee, OH 43537


EX-RAY Expedite Inc.
193 Volt Circle
Statesville, NC 28677-1322


Fast Exact
31 D Airport Boulevard
South San Francisco, CA 94080


FedEx
P.O. Box 94515
Palatine, IL 60094-4515


Financial Carrier Services
P.O. Box 151052
Ogden, UT 84415


Firstline Funding Group
Metro Cartage LLC
P.O. Box 328
Madison, SD 57042


FleetOne Factoring
P.O. Box 102970
Atlanta, GA 30368-2970

Freightquote.com
c/o Receivable Management Services
4836 Brecksville Road, P.O. Box 523
Richfield, OH 44286


Freightquote.com
1495 Paysphere Circle
Chicago, IL 60674


G&K Services
8201 South Cork Avenue
Justice, IL 60458


GE Capital
P.O. Box 740423
Atlanta, GA 30374-0423


GE Capital
P.O. Box 740441
Atlanta, GA 30374-0441


GoldCoast Logistics Group
341 Dartmoor Avenue
Romeoville, IL 60446


Hi Tech Express Inc.
P.O. Box 56230
Chicago, IL 60656


HireRight Solutions Inc.
23883 Network Place
Chicago, IL 60673-1238


Hollingsworth Group
P.O. Box 7762
Flint, MI 48507


Ice Mountain Direct
P.O. Box 856680
Louisville, KY 40285


Illinois Department of Labor
160 North LaSalle Street
Suite C-1300
Chicago, IL 60601-3150

Illinois Department of Revenue
Bankruptcy Section
Level 7-425 100 West Randolph
Chicago, IL 60606


Illinois Dept. of Employment Securi
Bankruptcy Unit
3rd Floor 401 South State Street
Chicago, IL 60605


Impact Leasing LLC
P.O. Box 3090
Milwaukee, WI 53201-3090


Impact Networking, LLC
75 Remittance Drive
Suite 1076
Chicago, IL 60675-1076


Indy Expediting Nationwide, Inc.
5757 Kopetsky Drive
Indianapolis, IN 46217


Internal Revenue Service
230 South Dearborn St.
Mail Stop 5010 CHI
Chicago, IL 60604


Interstate Express, LLC
4731 Beach 47th Street
Brooklyn, NY 11224


Investment Options LLC
N56 W19289 Spencer Court
Menomonee Falls, WI 53051


J Express, LLC
2153 Splitrail Trl.
Buford, GA 30519


Jarrell's Moving and Transport Co.
5076 Park Avenue West
Seville, OH 44273

JD Factors
P.O. Box 687
Wheaton, IL 60187


Jung Express
201 West Air Cargo Way
Milwaukee, WI 53207


K&M Expediting II LLC
7064 Desmond Road
Waterford, MI 48329


Kadinger Transport LLC
410 Sheridan Road
Racine, WI 53403


Kansas Department of Revenue
Division of Property Valuation
915 SW Harrison Street
Topeka, KS 66612-1585


KM Logistics
6221 S. Ace Industrial Drive
Cudahy, WI 53110


Kozko Enterprises, LLC
17492 Fristoe Road
Sedalia, MO 65301


Landstar Carrier Group
c/o Cross Country Collections, Inc.
P.O. Box 3487
Kingsport, TN 37664-0487


Leib Solutions, LLC
20 E. Clementon Road
Suite 100 S
Gibbsboro, NJ 08026


Liberty National Financial Corp.
P.O. Box 6089
Norman, OK 73070

Liquid Capital Exchange
19-16th Avenue N.
Hopkins, MN 55343


McCarthy, Burgess & Wolff
26000 Cannon Road
Cleveland, OH 44146


MEADtrans, LLC
5916 East Lake Parkway
Suite 311
McDonough, GA 30253


Mercedes Benz Financial Services
P.O. Box 5260
Carol Stream, IL 60197-5260


Mercedes-Benz Fin Serv USA LLC
13650 Heritage Parkway
Fort Worth, TX 76177


Metro Express Transportation
875 Fee Fee Road
Maryland Heights, MO 63043


Metro Freight Brokers, LLC
5965 Wall Street
Sterling Heights, MI 48312


Michelle and Peter Haljean
1900 Hampton Court
Plainfield, IL 60586


Michelle Haljean
1900 Hampton Court
Plainfield, IL 60586


Mid State Express Inc.
2305 S. State Highway 121
Suite 135
Lewisville, TX 75067


Midwest Transportation Services
8728 N. Briarwood Lake W. Drive
New Richmond, OH 45157

Murphy Lomon & Associates
2860 River Road
Suite 200
Des Plaines, IL 60018


National Bankers Trust
P.O. Box 1752
Memphis, TN 38101-1752


New Lenox Industrial Park
538 E. Illinois Highway
New Lenox, IL 60451


Nicor Gas
P.O. Box 5407
Carol Stream, IL 60197-5407


Nicor Gas
P.O. Box 0632
Aurora, IL 60507-0632


Nissan Motor Acceptance Corporation
P.O. Box 660366
Dallas, TX 75266-0366


Non Stop Service
P.O. Box 133
Morrisville, NC 27560


NuWay Disposal Service
P.O. Box 9
Mokena, IL 60448


On Time Media
P.O. Box 782
Florence, KY 41022


Orange Commercial Credit
P.O. Box 11099
Olympia, WA 98508-1099


Par Logistics, Inc.
1251 N. Plum Grove Road
#120
Schaumburg, IL 60173

Pavestone Capital LLC
P.O. Box 1110
Fruitland, ID 83619


Paychex of New York LLC
1000 East Warrenville Road
Suite 200
Naperville, IL 60563


Peter Haljean
1900 Hampton Court
Plainfield, IL 60586


Polly Express
565 Dave Smith Road
Prospect Hill, NC 27314


Pre Pass
23566 Network Place
Chicago, IL 60673-1235


Premium Transporation Log, LLC
Dept. 9226-001
P.O. Box 30516
Lansing, MI 48909-8016


Prestige Expedite
P.O. Box 901700
Cleveland, OH 44190-1700


Pro Express LLC
926 1/2 Milwaukee Avenue
South Milwaukee, WI 53172


Pronto Freight Ways Inc.
28666 Hildebrandt Street
Romulus, MI 48174


R&J Transport Division
209 West 2nd Street
Suite 160
Fort Worth, TX 76102

Randall & Richards, Inc.
5151 East Broadway Boulevard
Suite 800
Tucson, AZ 85711


Rapid Advance
7316 Wisconsin Avenue
Suite 350
Bethesda, MD 20814


Red Ball Express LLC
13880 Newton Road
Middleburg Heights, OH 44130


River Side Logistics LLC
P.O. Box 644
Monticello, MN 55362


Riviera Finance
P.O. Box 535213
Atlanta, GA 30353-5213


RJ's Expediting, LLC
1328 Alivia Drive
Plainwell, MI 49080


Road King Tire & Service
1200 S. Cedar Road
New Lenox, IL 60451


Roberts Tire Homer Glen
15741 S. Bell Road
Homer Glen, IL 60491


Royal Express & Trucking Inc.
242 W. Devon Avenue
Bensenville, IL 60106


Royalty Gate
621 Woodland Drive
Largo, FL 33771


RP Expediting LLC
448 Abberly Lane
Boiling Springs, SC 29316

Runa Link Corp.
P.O. Box 207
Westmoreland, NY 13490


Rush Trucking
35160 E. Michigan Avenue
P.O. Box 1011
Wayne, MI 48184


Rushing Transport LLC
216 Delano Avenue
Greer, SC 29650


Speciality Delivery & Logistics
13000-F S. Tryon
PMB 261
Charlotte, NC 28278


Speedway, LLC
P.O. Box 740587
Cincinnati, OH 45274-0587


SpeedyC, LLC
244 McKees Rock Lane
Lawrenceville, GA 30044


Sprint
PO Box 2077
London, KY 40742


Sprint
P.O. Box 4181
Carol Stream, IL 60197


SR Freight
707 Golden Prairie Drive
Davis Junction, IL 61020


STAT Delivery Service
P.O. Box 582
Elk Grove Village, IL 60009

Sterling Commercial Credit
10559 Citation Drive
Suite 204
Brighton, MI 48116


Sunbelt Finance, LLC
P.O. Box 1000
Dept. 144
Memphis, TN 38148-0144


SuperFleet
Attn: Credit Customer Service
P.O. Box 1590
Springfield, OH 45501


Superior Global Logistics
19661 Brownstown Center Drive
Suite 600
Brownstown, MI 48183


Sylectus
3290 Jefferson Boulevard
Suite 202
Windsor, Ontario N8T 2W8


T & K Logistics of Illinois, Inc.
540 East Illinois Highway
New Lenox, IL 60451


TCI Business Cptl Inc.
9815 Paysphere Circle
Chicago, IL 60674


The Expediting Co., Inc.
1295 South Brown School Road
Vandalia, OH 45377


The Hanover Insurance Group
PO Box 580045
Charlotte, NC 28258-0045


TLC Express, LLC
5757 Kopetsky Drive
Unit E
Indianapolis, IN 46217

Towne Air Freight
1932 Momentum Place
Chicago, IL 60689-5319


Transfac Capital LLC
P.O. Box 3238
Salt Lake City, UT 84110


Transouth Express, LLC
925 Main Street
Suite 300
Stone Mountain, GA 30083


Tyme-IT Transporation Inc.
Department 4949
Carol Stream, IL 60122-4949


Universe Carrier, Inc.
3542 N. Newcastle Avenue
Chicago, IL 60634


US Xpress Enterprises
4080 Jenkins Road
Chattanooga, TN 37421


Violation Processing Center
P.O. Box 2086
Cedar Rapids, IA 52406


Viva Capital Funding Inc.
P.O. Box 17548
El Paso, TX 79917


Vladislav Kalitka
c/o Storto, Finn & Rosinski
100 West Green Street
Bensenville, IL 60106


Voss, Michaels, Lee & Associates
P.O. Box 1829
Holland, MI 49422-1829


W2 Logistics
P.O. Box 373
Elk Grove Village, IL 60009-0373

W2 Logistics Inc.
c/o Richard T Avis
P.O. Box 1008
Arlington Heights, IL 60006


W2 Logistics Inc.
1100 North Ellis Street
Bensenville, IL 60106


Western Trucking Box Inc.
23 Morningside Terrace
West Springfield, MA 01089


WEX
97 Darling Avenue S.
South Portland, ME 04106


Williams & Williams
1612 N.E. Expressway
Atlanta, GA 30329


Woodland Transport LLC
12349 S. Latrobe Avenue
Alsip, IL 60803


Xpress Direct
P.O. Box 116058
Atlanta, GA 30368-6058


Zipp Express LLC
575 Airport Road
Gallatin, TN 37066

# United States Bankruptcy Court
## Northern District of Illinois

In re   T & K Nationwide Trucking, Inc.

Debtor(s)

Case No.

Chapter   7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   T & K Nationwide Trucking, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

November 1, 2013

Date

/s/ Bruce C. Scalambrino

Bruce C. Scalambrino
Signature of Attorney or Litigant
Counsel for   T & K Nationwide Trucking, Inc.
Scalambrino & Arnoff, LLP
One North LaSalle Street
Suite 1600
Chicago, IL 60602
312-629-0545 Fax:312-629-0550
bcs@sacounsel.com